# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Molly Vogt,<br><br>Plaintiff,<br><br>v.<br><br>MEnD Correctional Care, PLLC, and Crow Wing County, Minnesota, and Heath Fosteson, Individually and in his capacity as Crow Wing County Jail Administrator, CO Robert Anderson, CO Raynor Blum, CO Cherokee DeLeon, CO Christine Ghinter, CO Ronald J. Imgrund, CO Lukasz Organista,<br><br>Defendants. | Case No.: 21-CV-01055 (WMW/KMM)<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MEND CORRECTIONAL CARE, PLLC** |

Pursuant to the Stipulation for Dismissal without Prejudice as to Defendant MEnD Correctional Care, PLLC (Doc. No. 22), the above-entitled action as it pertains to Defendant MEnD including any and all claims asserted by Plaintiff against Defendant MEnD is hereby dismissed without prejudice on the merits and without costs to any party. This dismissal does not affect Plaintiff's claims against Defendants Crow Wing County, Heath Fosteson, CO Robert Anderson, CO Raynor Blum, CO Cherokee DeLeon, CO Christine Ghinter, CO Ronald J. Imgrund, and CO Lukasz Organista.

Pursuant to Fed. R. Civ. P. 41(a)(ii), there is no just reason to delay entry of judgment.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:__________________

BY THE COURT:

________________________

Judge Wilhelmina M. Wright