# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Molly Vogt, | Case No.: 21-CV-01055 (WMW/KMM) |
| Plaintiff, | |
| v. | |
| MEnD Correctional Care, PLLC, and Crow Wing County, Minnesota, and Heath Fosteson, Individually and in his capacity as Crow Wing County Jail Administrator, CO Robert Anderson, CO Raynor Blum, CO Cherokee DeLeon, CO Christine Ghinter, CO Ronald J. Imgrund, CO Lukasz Organista, | **Notice of Withdrawal of Counsel** |
| Defendants. | |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Jordan C. Leitzke has left the law firm of Kennedy & Graven, Chartered and will no longer act as co-counsel on behalf of Defendants Crow Wing County, Heath Fosteson, Robert Anderson, Raynor Blum, Cherokee DeLeon, Christine Ghinter, Ronald J. Imgrund, and Lukasz Organista in the above-entitled matter. Jessica E. Schwie remains counsel of record for named Defendants. It is therefore requested that Jordan C. Leitzke be removed as an ECF recipient in this case.

Dated: <u>August 6, 2021</u>                     **Kennedy & Graven, Chartered**

By: */s/* Jordan C. Leitzke
Jessica E. Schwie (A.R. #0296880)
Jordan C. Leitzke (A.R. #0400158)
700 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN  55402
Telephone: (612) 337-9222
Facsimile:  (612) 337-9310
Email: jschwie@kennedy-graven.com
          jleitzke@kennedy-graven.com

**Attorneys for Defendants Crow Wing County, Heath Fosteson, Robert Anderson, Raynor Blum, Cherokee DeLeon, Christine Ghinter, Ronald J. Imgrund, and Lukasz Organista**