UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Molly Vogt, | Case No. 21-cv-1055 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Crow Wing County et al., | |
| Defendants. | |

Before the Court is the November 1, 2021 Report and Recommendation (R&R) of then-United States Magistrate Judge Katherine M. Menendez. (Dkt. 32.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The November 1, 2021 R&R, (Dkt. 32), is **ADOPTED**.

2. Defendants' motion to dismiss, (Dkt. 15), is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Defendants' motion to dismiss is **GRANTED** as to Counts II–V;

    b. Defendants' motion to dismiss is **GRANTED** as to all counts against Defendants Heath Fosteson, Cherokee DeLeon, Christine Ghinter, and Lukasz Organista; and

      c.    Defendants' motion to dismiss is **DENIED** as to Count I against Defendants Robert Anderson, Raynor Blum, and Ronald J. Imgrund.

Dated: January 4, 2022                                        s/Wilhelmina M. Wright
                                                                                   Wilhelmina M. Wright
                                                                                   United States District Judge